IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **95-cr-34-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**5.   SHANNON McKANE,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     A Supervised Release Revocation Hearing is set for **June 30, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: May 20, 2011